THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rayshawn
 Pearson, Appellant.
 
 
 

Appeal From Williamsburg County
 Ralph F. Cothran, Circuit Court Judge
Unpublished Opinion No. 2009-UP-240
Submitted May 1, 2009  Filed May 28, 2009    
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant.
  Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald Zelenka, of
 Columbia; and Solicitor Cecil K. Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Rayshawn
 Pearson appeals his guilty plea for murder,
 two counts of armed robbery, and possession of a weapon during the commission
 of a violent crime, arguing his plea was not knowingly or voluntarily made.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.